# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GLOD, DANIEL § Case No. 11-08598
GLOD, CARRIE §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Roy Safanda_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-08598 MB   Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | GLOD, DANIEL | Date Filed (f) or Converted (c): | 03/02/11 (f) |
|  | GLOD, CARRIE | 341(a) Meeting Date: | 04/18/11 |
| For Period Ending: | 03/28/12 | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0S295 Bealer Cir, Geneva, IL | 700,000.00 | 0.00 |  | 0.00 | 0.00 |
| 2. Brewster Creek Subdivision - DuPage County, Bartle | 600,000.00 | 30,000.00 |  | 0.00 | 30,000.00 |
| 3. Cash | 200.00 | 200.00 |  | 0.00 | 200.00 |
| 4. Bank Accounts | 450.00 | 450.00 |  | 0.00 | 450.00 |
| 5. Household Goods | 5,000.00 | 5,000.00 |  | 0.00 | 5,000.00 |
| 6. Clothing | 3,000.00 | 0.00 |  | 0.00 | 0.00 |
| 7. 401(k) | 188,708.70 | 0.00 |  | 0.00 | 0.00 |
| 8. 401(k) | 12,000.00 | 0.00 |  | 0.00 | 0.00 |
| 9. STC Captial Bank - 2,000 privately owned shares i | 100,000.00 | 92,000.00 |  | 61,000.00 | 31,000.00 |
| 10. 2004 Honda Odyssey Minivan | 5,500.00 | 5,500.00 |  | 0.00 | 5,500.00 |
| 11. Commercial Lot (one-half ownership) | 100,000.00 | 100,000.00 |  | 0.00 | 100,000.00 |

TOTALS (Excluding Unknown Values)    $1,714,858.70    $233,150.00        $61,000.00    $172,150.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12    Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-08598 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | GLOD, DANIEL | | Bank Name: | Capital One |
| | GLOD, CARRIE | | Account Number / CD #: | *******7579 Checking Account |
| Taxpayer ID No: | *******8648 | | | |
| For Period Ending: | 03/28/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/12 | 9 | Ed Levato | Sale of Bank Stock Secheduled | 1129-000 | 30,500.00 | | 30,500.00 |
| 02/22/12 | 9 | Keith Kotche | Sale of Bank Stock Scheduled | 1129-000 | 30,500.00 | | 61,000.00 |
| 02/24/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Adversary Filing Fee | 2700-000 | | 250.00 | 60,750.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 61,000.00 | 250.00 | 60,750.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 61,000.00 | 250.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 61,000.00 | 250.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7579 | 61,000.00 | 250.00 | 60,750.00 |
|  | ---------------- | ---------------- | ---------------- |
|  | 61,000.00 | 250.00 | 60,750.00 |
|  | ========== | ========== | ========== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     61,000.00     250.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 28, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-08598  
Debtor Name: GLOD, DANIEL

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019<br>001<br>3110-00 | Roy Safanda, Attorney for Trustee<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL 60134 | Administrative | | $3,581.25 | $0.00 | $3,581.25 |
| 000016<br>050<br>4300-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Unsecured | (16-1) Lease Contract | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Moulding & Millwork<br>2220 West Haven Ave<br>New Lenox, IL 60451 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Ultra Flex Mouldings<br>PO Box 462830<br>Escondido, CA 92046 | Unsecured | (2-1) Modified to correct PDF (Modified on 05/02/2011)vb | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | Cook County Lumber<br>200 E. 130th Street<br>Chicago, IL 60628 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | Rayner & Rinn Scott<br>PO Box 362<br>Summit, IL 60501 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Deltana Enterprises<br>10820 NW 29th Street<br>Miami, FL 33172 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000006<br>070<br>7100-00 | Haas Cabinet<br>625 W. Utica Street<br>Sellersburg, IN 47172 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Hager Companies<br>139 Victor Street<br>St. Louis, MO 63104 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008<br>070<br>7100-00 | Awsco<br>4301 N. James H McGee Blvd<br>Dayton, OH 45417 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $33,806.40 | $0.00 | $33,806.40 |
| 000010<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $33,904.86 | $0.00 | $33,904.86 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: March 28, 2012 |

Case Number:  11-08598
Debtor Name:  GLOD, DANIEL

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 000011 070 7100-00 | Chicago Brass<br>7 Prairie Ave<br>Highwood, IL 60040 | Unsecured | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | DuPage Credit Union<br>PO Box 3930<br>Naperville, IL 60567 | Unsecured<br>(12-1) Modified on 5/9/2011 to correct PDF (ah) | $41,583.16 | $0.00 | $41,583.16 |
| 000013 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(13-1) CREDIT CARD DEBT | $26,846.37 | $0.00 | $26,846.37 |
| 000014 070 7100-00 | BankFinancial, FSB<br>c/o Christopher S Fowler Crowley & Lamb<br>221 N LaSalle St, Ste 1550<br>Chicago, IL 60601 | Unsecured<br>(14-1) Modified on 6/1/2011 to correct creditor address. (CC) | $352,152.54 | $0.00 | $352,152.54 |
| 000015 070 7100-00 | Massoth & Company<br>904 1/2 West Olive<br>Springfield, MO 65806 | Unsecured | $0.00 | $0.00 | $0.00 |
| 000017 070 7100-00 | Indiana Insurance Company<br>POB MS #147<br>Keene, NH 03431 | Unsecured | $0.00 | $0.00 | $0.00 |
| 000018 070 7100-00 | Piccione, Keeley & Associates, Ltd.<br>122 S. County Farm Road<br>Wheaton, IL 60187 | Unsecured<br>(18-1) Services performed | $13,598.81 | $0.00 | $13,598.81 |
| | Case Totals: | | $505,473.39 | $0.00 | $505,473.39 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-08598
Case Name: GLOD, DANIEL
           GLOD, CARRIE
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000012 | DuPage Credit Union PO Box 3930 Naperville, IL 60567 | $ | $ | $ |
| 000013 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000014 | BankFinancial, FSB c/o Christopher S Fowler Crowley & Lamb 221 N LaSalle St, Ste 1550 Chicago, IL 60601 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Piccione, Keeley & Associates, Ltd. 122 S. County Farm Road Wheaton, IL 60187 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*