# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
GLOD, DANIEL § Case No. 11-08598
GLOD, CARRIE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2012 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012         By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GLOD, DANIEL § Case No. 11-08598
GLOD, CARRIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 61,000.00 |
| and approved disbursements of | $ 250.00 |
| leaving a balance on hand of[1] | $ 60,750.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 6,300.00 | $ 0.00 | $ 6,300.00 |
| Trustee Expenses: Roy Safanda | $ 296.21 | $ 0.00 | $ 296.21 |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ 3,581.25 | $ 0.00 | $ 3,581.25 |
| Total to be paid for chapter 7 administrative expenses | | | $ 10,177.46 |
| Remaining Balance | | | $ 50,572.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 501,892.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ 33,806.40 | $ 0.00 | $ 3,406.46 |
| 000010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ 33,904.86 | $ 0.00 | $ 3,416.38 |
| 000012 | DuPage Credit Union PO Box 3930 Naperville, IL 60567 | $ 41,583.16 | $ 0.00 | $ 4,190.08 |
| 000013 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 26,846.37 | $ 0.00 | $ 2,705.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | BankFinancial, FSB c/o Christopher S Fowler Crowley & Lamb 221 N LaSalle St, Ste 1550 Chicago, IL 60601 | $ 352,152.54 | $ 0.00 | $ 35,484.21 |
| 000018 | Piccione, Keeley & Associates, Ltd. 122 S. County Farm Road Wheaton, IL 60187 | $ 13,598.81 | $ 0.00 | $ 1,370.27 |
| | Total to be paid to timely general unsecured creditors | | $ | 50,572.54 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-08598-MB
Daniel Glod                                                             Chapter 7
Carrie Glod
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 4              Date Rcvd: May 10, 2012
                              Form ID: pdf006          Total Noticed: 114

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2012.
```
db/jdb       +Daniel Glod,    Carrie Glod,    0S295 Bealer Circle,    Geneva, IL 60134-4837
16900318     +AAA Cooper Transportation,    PO Box 102442,    Atlanta, GA 30368-2442
16900327     +AT&T,   PO Box 6463,    Carol Stream, IL 60197-6463
16900319     +Aetna Plywood,    4315 Solutions Center,    Chicago, IL 60677-4003
17326624     +Alexis Seisser,    415 Priddes Run,    Lake In the Hills, IL 60156-4865
17326133      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16900321     +American Millwork,    4840 Beck Drive,    Elkhart, IN 46516-9639
16900322     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
16900323     +Apex Financial,    1652 E. Mian St., #100,    St. Charles, IL 60174-4728
16900324     +Architectural Accents,    9760 Indiana Parkway,    Munster, IN 46321-4004
16900325     #+Architectural Impressions,    11 W. College Drive Unit M,    Arlington Heights, IL 60004-1900
16900326     +Associated Bank Corp,    PO Box 208,    Stevens Point, WI 54481-0208
16900328     +Awsco,    4301 N. James H McGee Blvd,    Dayton, OH 45417-9579
17335713     +BankFinancial, FSB,    c/o Christopher S Fowler Crowley & Lamb,    221 N LaSalle St, Ste 1550,
               Chicago, IL 60601-1224
16900329     +Bankfinancial, Fsb,    48 Orland Square Dr,    Orland Park, IL 60462-6539
16900330     +Boston Mutual,    PO Box 55154,    Boston, MA 02205-5154
16900331    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA   23285)
16900332      Carter Millwork,    4264 Old Lincoln Rd,    Linwood, NC   27299
16900333     +Century Door And Lock,    1301 Landmeier Rd.,    Elk Grove Village, IL 60007-2411
16900335     +Chicago Fire And Burglar Det,    636 Roosevelt Road,    Glen Ellyn, IL 60137-5874
16900336     +Cook County Lumber,    200 E. 130th Street,    Chicago, IL 60628-6998
17326625     +Delnor Hospital,    301 Delnor Drive,    Geneva, IL 60134
16900337     +Deltana Enterprises,    10820 NW 29th Street,    Miami, FL 33172-2149
16900338     +Dennis Brebner & Assoc,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
16900339     +Door System,    751 Expressway Drive,    Itasca, IL 60143-1369
16900340     +Driwood Mouldings CO,    PO Box 1729,    Florence, SC 29503-1729
16900341     +Dupage Credit Union,    1515 Bond St,    Naperville, IL 60563-0112
16900342     +Edmund Allen Lumber,    117 Industrial Dr.,    Momence, IL 60954-3903
16900343     +Empire Company,    Department 7075,    Carol Stream, IL 60122-0001
16900344     +Emtek Products,    PO Box 31001,    Pasadena, CA 91110-0001
16900345     +Express Hardware,    1203 S. NW Hwy,    Barrington, IL 60010-5299
16900346     +Flexible Benefits,    10275 W. Higgins Road #500,    Rosemont, IL 60018-3887
16900347     +Garelli & Grogan,    340 W. Butterfield Rd., #2A,    Elmhurst, IL 60126-5042
16900316     +Glod Carrie,    0S295 Bealer Circle,    Geneva, IL 60134-4837
16900315     +Glod Daniel,    0S295 Bealer Circle,    Geneva, IL 60134-4837
16900348     +Gorden Flesch Co,    PO Box 2290,    Madison, WI 53701-2290
16900349     +Great American Leasing,    PO Box 660831,    Dallas, TX 75266-0831
16900350      Greenspring Media,    600 US Trust Bldg 730 2nd Ave S,    Minneapolis, MN   55402
16900351     +Haas Cabinet,    625 W. Utica Street,    Sellersburg, IN 47172-1197
16900352     +Hafele America,    PO Box 75352,    Charlotte, NC 28275-0352
16900353     +Hager Companies,    139 Victor Street,    St. Louis, MO 63104-4724
16900354     +Hinshaw And Colbertson,    8142 Solutions Center Dr.,    Chicago, IL 60677-0001
16900355     +Humana Insurance,    PO Box 533,    Carol Stream, IL 60132-0001
16900356     +IL Department of Labor,    One West Old State Capitol Plaza-3rd Fl.,    Springfield, IL 62701-1293
16900357     +Illinois Paper Company,    6 Territorial Court,    Bolingbrook, IL 60440-4662
16900358     +Illinois Secretary Of State,    501 S. Second Street Rm 424,    Springfield, IL 62756-0002
17562092      Indiana Insurance Company,    POB MS #147,    Keene, NH 03431
16900360     +Integrity Material Handling,    11932 Oak Creek Pkwy,    Huntley, IL 60142-6728
16900361     +Jay Rambo Co,    8401 E. 41st Street,    Tulsa, OK 74145-3388
16900362     +Jeld-Wen Windows And Doors,    IWP Custom Door Division,    Los Angeles, CA 90074-0001
16900363      Kits Glass,    110-2800 Viking Way,    Richmond, BC  V6V 1N5
16900364     +Koetter Woodworking,    533 Louis Smith Rd,    Borden, IN 47106-8107
16900317     +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL 60067-5324
16900366     +Lincolnwood Products,    PO Box 375,    Merrill, WI 54452-0375
16900367     +Ling-Menke Co,    PO Box 3016,    Milwaukee, WI 53201-3016
16900368     +M&I Bank,    PO Box 2035,    Milwaukee, WI 53201-2035
16900369     +Mahogany Wood Products,    308 Blackhawk Road,    Riverside, IL 60546-2304
16900370     +Marvin Windows And Doors,    PO Box 1450,    Minneapolis, MN 55485-1450
16900371     +Massoth & Company,    904 1/2 West Olive,    Springfield, MO 65806-1818
16900372     +McMahon & Co,    PO Box 336,    Jackson, WI 53037-0336
16900373     +Menards HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
16900374     +Mid Continent Cabinetry,    3020 Denmark Ave, #100,    Eagan, MN 55121-2417
16900375     +Midamerica Bank,    2317 Milton Ave,    Janesville, WI 53545-0855
16900377      Moulding & Millwork,    2220 West Haven Ave,    New Lenox, IL 60451
16900379    ++++NELSON DOOR COMPANY,    2245 CR 1500E,    ARTHUR IL 61911-6024
             (address filed with court: Nelson Door Company,    RR 2 Box 50-C,    Arthur, IL 61911)
16900381     +Nobilus LLC,    Dept CH 17793,    Palatine, IL 60055-0001
16900382     +Norcraft,    3020 Denmark Ave,    St. Paul, MN 55121-3486
16900383     +Northwood Custom Builders,    415 Prides Run,    Lake In The Hills, IL 60156-4865
16900384     +Owl Hardwood Lumber,    926 S. Graceland Ave Rt 45,    Des Plaines, IL 60016-6510
16900387     +Palatine Builders,    2251 Nicholas Blvd,    Elk Grove Village, IL 60007-5927
```

```
District/off: 0752-1           User: wepps                  Page 2 of 4                   Date Rcvd: May 10, 2012
                               Form ID: pdf006              Total Noticed: 114

16900388     +Pennville Custom Cabinetry,    PO Box 1266,    Portland, IN 47371-3266
16900389     +Petroaliance,    739 N. State Street,    Elgin, IL 60123-2144
16900390     +Piccione Keeley & Assoc,    122 S. Country Farm Rd., Unit C,    Wheaton, IL 60187-4531
17569452     +Piccione, Keeley & Associates, Ltd.,    122 S. County Farm Road,    Wheaton, IL 60187-4594
16900393     +Planned Intergraphics,    PO Box 163,    South Elgin, IL 60177-0163
16900394     +RAS Industries,    12 Arentzen Blvd,    Charleroi, PA 15022-1060
16900398     +RGP Construction,    160 Flagstaff Lane,    Hoffman Estates, IL 60169-3222
16900395     +Rathje & Woodward,    300 E. Roosevelt,    Wheaton, IL 60187-1908
16900396     +Rayner & Rinn Scott,    PO Box 362,    Summit, IL 60501-0362
16900397     +Resinart East,    201 Old Airport,    Fletcher, NC 28732-9273
16900399     +Richelieu,    7021 Sterling Ponds Blvd,    Sterling Heights, MI 48312-5809
16900400     +Roadway Towing,    1600 N. LaFox,    South Elgin, IL 60177-1248
16900401      Sandow Media,    3721 NW 8th Ave,    Boca Raton, FL  33431
16900402     +Seal Rite,    PO Box 1414,    Pataskala, OH 43062-1414
16900403     +Semco Ling-Menke Co,    PO Box 3016,    Milwaukee, WI 53201-3016
16900404     +Somerset Door And Column,    174 Sagamore St.,    Somerset, PA 15501-7700
16900405     +Sparks Reprographics,    306 Anderson Blvd,    Geneva, IL 60134-1206
16900406     +State Collection Service,    628 North Street,    Geneva, IL 60134-1356
16900407     +Suburban Life Publication,    1101 W. 31st #100,    Downers Grove, IL 60515-5581
16900408     +Tapco Group,    29797 Beck Road,    Wixom, MI 48393-2834
16900409     +The Donas Group,    3550 West Salt Creek Lane #110,    Arlington Heights, IL 60005-1091
16900410     +Tom Sorrentino,    3 Juniper Road,    Rolling Meadows, IL 60008-2336
16900411     +Top Knobs,    PO Box 779,    Belle Mead, NJ 08502-0779
16900412     +Ultra Flex Mouldings,    PO Box 462830,    Escondido, CA 92046-2830
16900413     +Unifirst Corp,    2045 North 17th Ave,    Melrose Park, IL 60160-1347
16900414     +Unique Screens,    2060 Aspen Dr,    Algonquin, IL 60102-4287
16900415     +United Propane & Energy,    3805 Clearview Ct.,    Gurnee, IL 60031-1247
16900416      Waste Management West,    PO Box 90013,    Louisville, KY  40290
16900417     +Weather Shield,    PO Box 309,    Medford, WI 54451-0309
17326627     +Weis Builders,    440 N Wells,    Chicago, IL 60610-1103
16900418     +Wellborn Cabinet,    PO Box 1210,    Ashland, AL 36251-1210
16900419     +Western Building Products,    Bin #489,    Milwaukee, WI 53288-0001
16900420     +Woodharbor Doors And Cabinetry,    3277 Ninth ST SW,    Mason City, IA 50401-7318
16900421     +Woodmac Industries,    3233 Holeman Ave S,    Chicago Heights, IL 60411-5515
16900422     +Woolf,    8550 Ridgefield Road,    Crystal Lake, IL 60012-2802
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16900320      E-mail/Text: ebnbankruptcy@ahm.honda.com May 11 2012 06:56:35     American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL  60123
17444156      E-mail/Text: ebnbankruptcy@ahm.honda.com May 11 2012 06:56:35
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
17230784      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2012 07:29:18     Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
17242894     +E-mail/Text: dcubk@dupagecu.com May 11 2012 07:30:15     DuPage Credit Union,    PO Box 3930,
               Naperville, IL 60567-3930
16900378     +E-mail/Text: bankruptcydepartment@ncogroup.com May 11 2012 07:35:19     NCO Financial Services,
               PO Box 17080,    Wilmington, DE 19850-7080
16900380     +E-mail/Text: bankrup@nicor.com May 11 2012 06:35:10     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
16900385     +E-mail/Text: bankruptcy@paetec.com May 11 2012 07:20:07     Paetec,    PO Box 3243,
               Milwaukee, WI 53201-3243
16900392     +E-mail/Text: bankruptcy@pb.com May 11 2012 06:57:30     Pitney Bowes,    PO Box 856042,
               Louisville, KY 40285-6042
16900391     +E-mail/Text: bankruptcy@pb.com May 11 2012 06:57:30     Pitney Bowes,    PO Box 856460,
               Louisville, KY 40285-6460
                                                                                               TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17326626      JRD
16900334    ##+Chicago Brass,    7 Prairie Ave,    Highwood, IL 60040-1711
16900359    ##+Indiana Insurance Co.,    PO Box 7906,    Loveland, OH 45140-7906
16900365    ##+Larsen Packaging,    120 Internationale Blvd,    Glendale Hts., IL 60139-2094
16900376    ##+Midwest Jobbers,    3620 Ohio Ave,    St. Charles, IL 60174-5496
16900386    ##+Paetzold Design,    4 N. 3rd Street,    St. Charles, IL 60174-1808
                                                                                              TOTALS: 1, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: wepps              Page 3 of 4           Date Rcvd: May 10, 2012
                              Form ID: pdf006          Total Noticed: 114
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: wepps               Page 4 of 4                Date Rcvd: May 10, 2012
                              Form ID: pdf006          Total Noticed: 114
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2012 at the address(es) listed below:
          Francis J. Pendergast   on behalf of Creditor  BankFinancial FSB fpendergast@crowleylamb.com
          James M Kelly   on behalf of Debtor Daniel Glod jkellylaw94@yahoo.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda   rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq   on behalf of Plaintiff Roy Safanda rsafanda@xnet.com
          TOTAL: 5