# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLOD, DANIEL | § | Case No. 11-08598 |
| GLOD, CARRIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 | | | | | |
| | Associated Bank Corp PO Box 208 Stevens Point, WI 54481 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank Corp PO Box 208 Stevens Point, WI 54481 | | | | | |
| | Bankfinancial, Fsb 48 Orland Square Dr Orland Park, IL 60462 | | | | | |
| 000016 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| ROY SAFANDA, ATTORNEY FOR TRUSTEE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Department of Labor One West Old State Capitol Plaza-3rd Fl. Springfield, IL  62701 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Cooper Transportation PO Box 102442 Atlanta, GA 30368 | | | | | |
| | AT&T PO Box 6463 Carol Stream, IL  60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aetna Plywood 4315 Solutions Center Chicago, IL 60677 | | | | | |
| | American Millwork 4840 Beck Drive Elkhart, IN  46516 | | | | | |
| | Apex Financial 1652 E. Mian St., #100 St. Charles, IL 60174 | | | | | |
| | Architectural Accents 9760 Indiana Parkway Munster, IN 46321 | | | | | |
| | Architectural Impressions 11 W. College Drive Unit M Arlington Heights, IL  60004 | | | | | |
| | Associated Bank Corp PO Box 208 Stevens Point, WI 54481 | | | | | |
| | Awsco 4301 N. James H McGee Blvd Dayton, OH 45417 | | | | | |
| | Boston Mutual PO Box 55154 Boston, MA  02205 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carter Millwork 4264 Old Lincoln Rd Linwood, NC 27299 | | | | | |
| | Century Door And Lock 1301 Landmeier Rd. Elk Grove Village, IL  60007 | | | | | |
| | Chicago Brass 7 Prairie Ave Highwood, IL  60040 | | | | | |
| | Chicago Fire And Burglar Det 636 Roosevelt Road Glen Ellyn, IL  60137 | | | | | |
| | Delnor Hospital 301 Delnor Drive Geneva, IL | | | | | |
| | Deltana Enterprises 10820 NW 29th Street Miami, FL 33172 | | | | | |
| | Dennis Brebner & Assoc 860 Northpoint Blvd Waukegan, IL  60085 | | | | | |
| | Door System 751 Expressway Drive Itasca, IL  60143 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Driwood Mouldings CO PO Box 1729 Florence, SC 29503 | | | | | |
| | Edmund Allen Lumber 117 Industrial Dr. Momence, IL 60954 | | | | | |
| | Empire Company Department 7075 Carol Stream, IL 60122 | | | | | |
| | Emtek Products PO Box 31001 Pasadena, CA 91110 | | | | | |
| | Express Hardware 1203 S. NW Hwy Barrington, IL 60010 | | | | | |
| | Flexible Benefits 10275 W. Higgins Road #500 Rosemont, IL 60018 | | | | | |
| | Garelli & Grogan 340 W. Butterfield Rd., #2A Elmhurst, IL 60126 | | | | | |
| | Gorden Flesch Co PO Box 2290 Madison, WI 53701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great American Leasing PO Box 660831 Dallas, TX 75266 | | | | | |
| | Greenspring Media 600 US Trust Bldg 730 2nd Ave S Minneapolis, MN  55402 | | | | | |
| | Haas Cabinet 625 W. Utica Street Sellersburg, IN  47172 | | | | | |
| | Hafele America PO Box 75352 Charlotte, NC  28275 | | | | | |
| | Hager Companies 139 Victor Street St. Louis, MO  63104 | | | | | |
| | Hinshaw And Colbertson 8142 Solutions Center Dr. Chicago, IL  60677 | | | | | |
| | Humana Insurance PO Box 533 Carol Stream, IL  60132 | | | | | |
| | Illinois Paper Company 6 Territorial Court Bolingbrook, IL  60440 | | | | | |
| | Illinois Secretary Of State 501 S. Second Street Rm 424 Springfield, IL  62756 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Integrity Material Handling 11932 Oak Creek Pkwy Huntley, IL  60142 | | | | | |
| | JRD | | | | | |
| | Jay Rambo Co 8401 E. 41st Street Tulsa, OK  74145 | | | | | |
| | Jeld-Wen Windows And Doors IWP Custom Door Division Los Angeles, CA 90074 | | | | | |
| | Kits Glass 110-2800 Viking Way Richmond, BC  V6V 1N5 | | | | | |
| | Koetter Woodworking 533 Louis Smith Rd Borden, IN 47106 | | | | | |
| | Larsen Packaging 120 Internationale Blvd Glendale Hts., IL  60139 | | | | | |
| | Lincolnwood Products PO Box 375 Merrill, WI  54452 | | | | | |
| | Ling-Menke Co PO Box 3016 Milwaukee, WI  53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M&I Bank PO Box 2035 Milwaukee, WI 53201 | | | | | |
| | Mahogany Wood Products 308 Blackhawk Road Riverside, IL 60546 | | | | | |
| | Marvin Windows And Doors PO Box 1450 Minneapolis, MN 55485 | | | | | |
| | Massoth & Company 904 1/2 West Olive Springfield, MO 65806 | | | | | |
| | McMahon & Co PO Box 336 Jackson, WI 53037 | | | | | |
| | Menards HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197 | | | | | |
| | Mid Continent Cabinetry 3020 Denmark Ave, #100 Eagan, MN 55121 | | | | | |
| | Midamerica Bank 2317 Milton Ave Janesville, WI 53545 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Jobbers 3620 Ohio Ave St. Charles, IL  60174 | | | | | |
| | Moulding & Millwork 2220 West Haven Ave New Lenox, IL  60451 | | | | | |
| | NCO Financial Services PO Box 17080 Wilmington, DE 19850 | | | | | |
| | Nelson Door Company RR 2 Box 50-C Arthur, IL  61911 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| | Nobilus LLC Dept CH 17793 Palatine, IL  60055 | | | | | |
| | Norcraft 3020 Denmark Ave St. Paul, MN  55121 | | | | | |
| | Northwood Custom Builders 415 Prides Run Lake In The Hills, IL  60156 | | | | | |
| | Owl Hardwood Lumber 926 S. Graceland Ave Rt 45 Des Plaines, IL  60016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paetec PO Box 3243 Milwaukee, WI 53201 | | | | | |
| | Paetzold Design $ N. 3rd Street St. Charles, IL 60174 | | | | | |
| | Palatine Builders 2251 Nicholas Blvd Elk Grove Village, IL 60007 | | | | | |
| | Pennville Custom Cabinetry PO Box 1266 Portland, IN 47371 | | | | | |
| | Petroaliance 739 N. State Street Elgin, IL 60123 | | | | | |
| | Piccione Keeley & Assoc 122 S. Country Farm Rd., Unit C Wheaton, IL 60187 | | | | | |
| | Pitney Bowes PO Box 856042 Louisville, KY 40285 | | | | | |
| | Pitney Bowes PO Box 856460 Louisville, KY 40285 | | | | | |
| | Planned Intergraphics PO Box 163 South Elgin, IL 60177 | | | | | |
| | RAS Industries 12 Arentzen Blvd Charleroi, PA 15022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RGP Construction 160 Flagstaff Lane Hoffman Estates, IL  60169 | | | | | |
| | Rathje & Woodward 300 E. Roosevelt Wheaton, IL  60189 | | | | | |
| | Rayner & Rinn Scott PO Box 362 Summit, IL  60501 | | | | | |
| | Resinart East 201 Old Airport Fletcher, NC  28732 | | | | | |
| | Richelieu 7021 Sterling Ponds Blvd Sterling Heights, MI 48312 | | | | | |
| | Roadway Towing 1600 N. LaFox South Elgin, IL  60177 | | | | | |
| | Sandow Media 3721 NW 8th Ave Boca Raton, FL  33431 | | | | | |
| | Seal Rite PO Box 1414 Pataskala, OH  43066 | | | | | |
| | Semco Ling-Menke Co PO Box 3016 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Somerset Door And Column 174 Sagamore St. Somerset, PA  15501 | | | | | |
| | Sparks Reprographics 306 Anderson Blvd Geneva, IL 60134 | | | | | |
| | State Collection Service 628 North Street Geneva, IL 60134 | | | | | |
| | Suburban Life Publication 1101 W. 31st #100 Downers Grove, IL  60515 | | | | | |
| | Tapco Group 29797 Beck Road Wixom, MI  48393 | | | | | |
| | The Donas Group 3550 West Salt Creek Lane #110 Arlington Heights, IL  60005 | | | | | |
| | Tom Sorrentino 3 Juniper Road Rolling Meadows, IL 60008 | | | | | |
| | Top Knobs PO Box 779 Belle Mead, NJ  08502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unifirst Corp 2045 North 17th Ave Melroe Park, IL 60160 | | | | | |
| | Unique Screens 2060 Aspen Dr Algonquin, IL 60102 | | | | | |
| | United Propane & Energy 3805 Clearview Ct. Gurnee, IL 60031 | | | | | |
| | Waste Management West PO Box 90013 Louisville, KY 40290 | | | | | |
| | Weather Shield PO Box 309 Medford, WI 54451 | | | | | |
| | Wellborn Cabinet PO Box 1210 Ashland, AL 36251 | | | | | |
| | Western Building Products Bin #489 Milwaukee, WI 53288 | | | | | |
| | Woodharbor Doors And Cabinetry 3277 Ninth ST SW Mason City, IA 50401 | | | | | |
| | Woodmac Industries 3233 Holeman Ave S Chicago Heights, IL 60411 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Woolf 8550 Ridgefield Road Crystal Lake, IL 60012 | | | | | |
| 000013 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AWSCO | | | | | |
| 000014 | BANKFINANCIAL, FSB | | | | | |
| 000009 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000011 | CHICAGO BRASS | | | | | |
| 000003 | COOK COUNTY LUMBER | | | | | |
| 000005 | DELTANA ENTERPRISES | | | | | |
| 000012 | DUPAGE CREDIT UNION | | | | | |
| 000006 | HAAS CABINET | | | | | |
| 000007 | HAGER COMPANIES | | | | | |
| 000017 | INDIANA INSURANCE COMPANY | | | | | |
| 000015 | MASSOTH & COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | MOULDING & MILLWORK | | | | | |
| 000018 | PICCIONE, KEELEY & ASSOCIATES, LTD. | | | | | |
| 000004 | RAYNER & RINN SCOTT | | | | | |
| 000002 | ULTRA FLEX MOULDINGS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page: 1

**Exhibit 8**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: | 11-08598   MB   Judge: Manuel Barbosa |
| Case Name: | GLOD, DANIEL |
| | GLOD, CARRIE |
| For Period Ending: | 07/10/12 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 03/02/11 (f) |
| 341(a) Meeting Date: | 04/18/11 |
| Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0S295 Bealer Cir, Geneva, IL | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Brewster Creek Subdivision - DuPage County, Bartle | 600,000.00 | 30,000.00 | DA | 0.00 | FA |
| 3. Cash | 200.00 | 200.00 | DA | 0.00 | FA |
| 4. Bank Accounts | 450.00 | 450.00 | DA | 0.00 | FA |
| 5. Household Goods | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 6. Clothing | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 401(k) | 188,708.70 | 0.00 | DA | 0.00 | FA |
| 8. 401(k) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 9. STC Captial  Bank - 2,000 privately owned shares i | 100,000.00 | 92,000.00 | | 61,000.00 | FA |
| 10. 2004 Honda Odyssey Minivan | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| 11. Commercial Lot (one-half ownership) | 100,000.00 | 100,000.00 | DA | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,714,858.70 | $233,150.00 | $61,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12        Current Projected Date of Final Report (TFR): 06/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

Case No:   11-08598  -MB
Case Name:   GLOD, DANIEL
GLOD, CARRIE

Taxpayer ID No:   *******8648
For Period Ending:   07/10/12

Trustee Name:   Roy Safanda
Bank Name:   Capital One
Account Number / CD #:   *******7579  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/12 | 9 | Ed Levato | Sale of Bank Stock Secheduled | 1129-000 | 30,500.00 | | 30,500.00 |
| 02/22/12 | 9 | Keith Kotche | Sale of Bank Stock Scheduled | 1129-000 | 30,500.00 | | 61,000.00 |
| 02/24/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Adversary Filing Fee | 2700-000 | | 250.00 | 60,750.00 |
| 06/15/12 | 001002 | Roy Safanda 111 East Side Drive Geneva, IL  60134 | Chapter 7 Compensation/Expense | | | 6,596.21 | 54,153.79 |
| | | | Fees          6,300.00 | 2100-000 | | | |
| | | | Expenses       296.21 | 2200-000 | | | |
| 06/15/12 | 001003 | Roy Safanda, Attorney for Trustee Safanda Law Firm 111 East Side Drive Geneva, IL 60134 | Claim 000019, Payment 100.00000% Attorney Fees | 3110-000 | | 3,581.25 | 50,572.54 |
| 06/15/12 | 001004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000009, Payment 10.07638% | 7100-000 | | 3,406.46 | 47,166.08 |
| 06/15/12 | 001005 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000010, Payment 10.07637% | 7100-000 | | 3,416.38 | 43,749.70 |
| 06/15/12 | 001006 | DuPage Credit Union PO Box 3930 Naperville, IL 60567 | Claim 000012, Payment 10.07639% | 7100-000 | | 4,190.08 | 39,559.62 |
| 06/15/12 | 001007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000013, Payment 10.07637% | 7100-000 | | 2,705.14 | 36,854.48 |
| 06/15/12 | 001008 | BankFinancial, FSB | Claim 000014, Payment 10.07637% | 7100-000 | | 35,484.21 | 1,370.27 |

Page Subtotals          61,000.00          59,629.73

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                            Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-08598  -MB | |
| Case Name: | GLOD, DANIEL | |
| | GLOD, CARRIE | |
| Taxpayer ID No: | *******8648 | |
| For Period Ending: | 07/10/12 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Capital One | |
| Account Number / CD #: | *******7579  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/15/12 | 001009 | c/o Christopher S Fowler Crowley & Lamb<br>221 N LaSalle St, Ste 1550<br>Chicago, IL 60601<br>Piccione, Keeley & Associates, Ltd.<br>122 S. County Farm Road<br>Wheaton, IL 60187 | Claim 000018, Payment 10.07640% | 7100-000 | | 1,370.27 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 61,000.00 | 61,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 61,000.00 | 61,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 61,000.00 | 61,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7579 | 61,000.00 | 61,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 61,000.00 | 61,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                   0.00            1,370.27